UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
JEFFERSON CITY DIVISION

| | |
|---|---|
| In Re: | Case No. 25-20382 |
| Brian L Sexton, | Chapter 13 |
| Debtor. | Honorable Cynthia A. Norton |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before the Court, hereby

enters an appearance in the above captioned matter on behalf of JPMorgan Chase Bank, National

Association and/or its assigns and requests all notices, pleadings, motions, orders, applications

and other documents filed and/or served in this case be sent to them at the following address:

JPMorgan Chase Bank, National Association
c/o Heavner, Beyers & Mihlar, LLC
601 East William Street
Decatur, IL 62523

Dated this ____August 28, 2025____

/s/ Kristin J. Conwell
_____
Kristin J. Conwell

FAIQ MIHLAR (#50501)
HEATHER M. GIANNINO (#62545)
KIMBERLY D. RENO (#63622)
KRISTIN J. CONWELL (#58735)
JUSTIN FARISHON (#62059)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
601 East William Street
Decatur, IL 62523
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754