# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## ADMINISTRATIVE ORDER
## No. 26-02

### Reassignment of Cases

The United States Court of Appeals for the Seventh Circuit having appointed Nancy A. Peterman to the position of United States Bankruptcy Judge for the Northern District of Illinois and the appointment being effective February 19, 2026, **IT IS ORDERED:**

1. Except as otherwise ordered, all pending chapter 7 Cook County cases assigned to Judge Baer and a random sampling of chapter 7 Cook County cases assigned to the other Chicago judges as well as any related adversary proceedings and any pending adversary proceedings in closed bankruptcy cases will be reassigned to Judge Peterman.

2. Except as otherwise ordered, pending chapter 13 Cook County cases assigned to Judge Thorne as well as related adversary proceedings and any pending adversary proceedings in closed bankruptcy cases will be reassigned to Judge Peterman.

The clerk is authorized to modify the court's electronic case management records to conform with this order. This order is effective as of the close of business on February 20, 2026.

Dated: January 21, 2026

Jacqueline P. Cox
Chief Bankruptcy Judge