UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


In Re: Brian L Sexton

Case Number: 25-18672

Notice of Appeal


Certificate of Mailing


I, Lakeysha Sims_____ state that on __02/25/2026_, a copy of the Notice of Appeal, docket entry: ___115___ was served on all parties identified as Registrants on the Court's Electronic Notice for Registrants.

Registrants Served Through the Court's Electronic Notice:

Brian L Sexton - bsextoneil@gmail.com

Marilyn O Marshall - courtdocs@chi13.com


For other recipients, a copy was served via First Class Mail on: 02/25/2026_____.

Parties Served via First Class Mail:

None


Jeffrey P. Allsteadt, Clerk
U.S. Bankruptcy Court


_____02/25/2026_____
Date

Lakeysha Sims
_____
Deputy Clerk