# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

### 219 South Dearborn

### Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | |
|---|---|
| Date | 2/26/2026 |
| Bankruptcy Case Number | 25 B 18672 |
| Case Name | Brian L Sexton |
| Notice of Appeal Filed | 2/25/2026 |
| Appellant | Brian L Sexton |
| District Court Number | 26 cv 02169 |
| District Court Judge | Charles P. Kocoras |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

| | | |
|---|---|---|
| ✓ Notice of Appeal | | ☐ NOA Unpaid Fee Due |
| ☐ Cross Appeal | | ✓ Copy of Docket Sheet |
| ✓ D.C. Civil Coversheet | | ✓ Judgment/Order Being Appealed |
| ✓ Transmittal Letter | | ☐ Informa Pauperis |

Additional Items Included

☐ _____

_____

_____

_____

_____

Previous D C Judge _____     Case Number _____

By Deputy Clerk   Lakeysha Sims

Rev 03/2015bb