### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Brian L. Sexton | ) | Case No. 25 B 18672 |
| Debtor(s). | ) | |

<u>ORDER</u>

It is hereby ordered that the Application to set hearing on emergency motion is granted.

Movant must notice the emergency motion for hearing on March 10, 2026 at 11:00 a.m. at 219 S.

Dearborn St. Rm 742, Chicago, IL 60604 or by ZoomGov.   In this notice, Movant must state

that any party wishing to object to the emergency motion may raise any such objections in

writing or orally prior to or at the March 10 hearing.

March 6, 2026                                   ENTERED:

_____
Nancy A. Peterman
United States Bankruptcy Judge