| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION**<br><br>In re:<br><br><br>   **BRIAN L. SEXTON,**<br><br><br>      Debtor. | Case No. 25-18672<br>Hon. Deborah L. Thorne<br>Chapter 13 |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION
### FOR STAY PENDING APPEAL

THIS MATTER coming before the Court on Debtor's Emergency Motion for Stay Pending Appeal Pursuant to FRBP 8007(a) ('Motion'); the Court having reviewed the Motion, the accompanying Memorandum of Law, and the Declaration of Brian L. Sexton; [the Court having heard argument of the parties;] and the Court being duly advised in the premises:

THE COURT FINDS AND CONCLUDES THAT:

A.  Debtor has demonstrated a likelihood of success on the merits of his appeal of the February 11, 2026 Order of Dismissal;

B.  Debtor will suffer irreparable harm absent a stay, including enforcement of the February 23, 2026 Judgment for Dissolution of Marriage and resumed creditor collection activities;

C.  No party will suffer substantial harm from the issuance of a stay pending appeal; and

D.  The public interest favors issuance of a stay.

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED;

2.  The February 11, 2026 Order of Dismissal is STAYED pending final resolution of Debtor's appeal to the United States District Court for the Northern District of Illinois;

3.  The one-year refiling bar imposed by the February 11, 2026 Order of Dismissal is STAYED pending final resolution of the appeal;

4.  The automatic stay of 11 U.S.C. § 362 is hereby reinstated and shall remain in effect during the pendency of the appeal;

5.  No bond is required [OR: Debtor shall post a bond in the amount of $_____ within ___ days of the entry of this Order];

6.  This stay shall dissolve upon the earlier of (a) entry of a final order by the District Court on Debtor's appeal, or (b) further order of this Court.

ENTERED: _____

_____
The Honorable Deborah L. Thorne
United States Bankruptcy Judge
Northern District of Illinois