**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 13** |
| **Brian L Sexton,** | ) | |
| | ) | **25 B 18672** |
| Debtor. | ) | |
| | ) | **Judge Nancy A. Peterman** |

**<u>Order Denying Debtor's Emergency Motion to Reconsider and Reverse: (1) Order
Confirming No Stay; (2) Order of Dismissal With One-Year Bar; to Reinstate Case With
Automatic Stay Protection; and to Declare All Intervening Creditor Actions Void Upon
Newly Discovered Evidence (Docket Entry #130)</u>**

IT IS ORDERED that the above-referenced emergency motion filed by the Debtor, Brian L.

Sexton, is denied for failure to file the emergency motion in accordance with Local Rule 9013-2 B.

Dated: March 9, 2026

_____
**Nancy A. Peterman**
**United States Bankruptcy Judge**