# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

To:

Brian L Sexton
540 N. Dearborn St.
10023
Chicago, IL 60610

| | |
|---|---|
| Date | 3/12/2026 |
| Case Number | 25 B 18672 |
| Case Name | Brian L Sexton |
| Bankruptcy Judge | Nancy A. Peterman |
| Notice of Appeal/Cross Appeal Filed/Notice of Appeal with Motion for Leave to Appeal | Docket #115 entered on 02/25/2026 |
| Appellant/Cross Appellant | Brian L Sexton |
| Designation Due Date | 3/11/2026 |
| Date of Telephone Contact/Email | 3/12/2026 |

Dear Sir/Madam: Pursuant to our phone conversation/email, please be advised, the Bankruptcy Court has received your **Notice of Appeal**,

but the following items are still outstanding:

☑ Designation of the Record on Appeal and/or Statement of Issues.

☐ The filing fee of $_____ must be paid.

☐ Other

Revised: 02/12/2025 (ls)

By: _Lakeysha Sims_____

Deputy Clerk