Form ntrans

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In re
Brian L Sexton,

      Debtor
                                                Case No.  25–18672

### NOTICE OF FILING OF TRANSCRIPT OR EXCERPT
### AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript or excerpt of the proceeding held on January 28, 2026 was filed on March 27, 2026. The following deadlines apply:

The parties have until April 9, 2026 to file with the court a Notice of Intent to Request Redaction of this transcript or excerpt. The deadline for filing a request for redaction is April 16, 2026.

If a request for redaction is filed, the redacted transcript or excerpt is due April 27, 2026.

If no such notice is filed, the transcript or excerpt may be made available for remote electronic access upon expiration of the restriction period, which is June 24, 2026 unless extended by court order.

To review the transcript or excerpt for redaction purposes, you may purchase a copy from one of the Court Reporters listed below:

  D&E Reporting, 312–986–1920 all counties in the Eastern Division, except Kane county
  S Bloom, 815–923–4104 Eastern Division, Kane county

You may also view the document at any public terminal in the Clerk's office.

                                          FOR THE COURT

Dated: March 27, 2026
                                          Jeffrey P. Allsteadt, Clerk
                                          United States Bankruptcy Court