# Notice Recipients

District/Off: 0752−1             User: admin                  Date Created: 3/27/2026

Case: 25−18672                 Form ID: ntrans              Total: 1

**Recipients of Notice of Electronic Filing:**

db          Brian L Sexton          bsextoneil@gmail.com

TOTAL: 1