**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| **Brian Sexton**, | Bankruptcy No. 25-18672 |
| Debtor. | Honorable Nancy A. Peterman |

### ALDASHEVA'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009(a)(2), appellee Jamila Aldasheva hereby submits the additional items to be included in the record on appeal filed by the debtor, Brian Sexton.

| ECF No. | Date on Docket | Docket Text |
|---|---|---|
| 98 | Feb. 6, 2026 | Notice of Motion and Motion to Dismiss Chapter 13 Bankruptcy Case on Debtor's Initiative Filed by Brian L Sexton . Hearing scheduled for 2/11/2026 at 09:15 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom-Judge Thorne. (Attachments: # 1 Proposed Order) (Armstead, Cynthia) (Entered: 02/06/2026) |
| 106 | Feb. 9, 2026 | Notice of Motion and Renewed Emergency Motion to reconsider and reverse (related document(s): 92 Order on Motion to Confirm Termination or Absence of Stay) Filed by Brian L Sexton . Hearing scheduled for 2/11/2026 at 09:15 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. (Attachments: # 1 Exhibit A-E # 2 Proposed Order) (Armstead, Cynthia) (Entered: 02/09/2026) |
| 108 | Feb. 11, 2026 | (E)Order Mooting Motion to Dismiss (Related Doc # 98 ) (Patterson, Carlos) (Entered: 02/11/2026) |

| ECF No. | Date on Docket | Docket Text |
| --- | --- | --- |
| 110 | Feb. 11, 2026 | (E)Order Mooting Motion for Relief from Judgment or Order (Related Doc # 106 ) (Patterson, Carlos) (Entered: 02/11/2026) |
| 127 | Mar. 6, 2026 | Notice of Motion and Emergency Motion To Stay Pending Appeal Filed by Brian L Sexton . Hearing scheduled for 3/10/2026 at 11:00 AM at Appear In Courtroom 742, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Peterman. (Attachments: # (1) Proposed Order) (Rodarte, Aida) |
| 128 | Mar. 6, 2026 | Memorandum of Law in Support of Debtor's Emergency Motion for Stay Pending Appeal Pursuant to FRBP 8007(a). Filed by Brian L Sexton (RE: [127] Motion To Stay Pending Appeal). (Rodarte, Aida) |
| 129 | Mar. 6, 2026 | Declaration of Brian Sexton in Support of Motion for Stay Pending Appeal Pursuant to 28 U.S.C. 1746. Filed by Brian L Sexton (RE: [127] Motion To Stay Pending Appeal). (Rodarte, Aida) |
| 133 | Mar. 10, 2026 | Debtor Brian Sexton's emergency motion for stay pending appeal is denied. (Related Doc # 127) . Signed on 3/10/2026. (Chavez, Baldo) (Entered: 03/10/2026) |

Dated: April 3, 2026

Respectfully submitted,

**Jamila Aldasheva**

By: /s/ Jeffrey K. Paulsen
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
Paulsen+HoltschlagLLC
1245 S. Michigan, No. 115
Chicago, IL 60602
Tel:     (847) 644-9385
E-mail: jpaulsen@ph-firm.com