# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | |
|---|---|
| Date | 4/8/2026 |
| Bankruptcy Case Number | 25 B 18672 |
| Case Name | Brian L Sexton |
| Notice of Appeal Filed | 2/25/2026 |
| Appellant | Brian L Sexton |
| District Court Number | 26 cv 02169 |
| District Court Judge | Charles P. Kocoras |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal.  The Record on Appeal consists of:

**Supplemental**          **Supplemental**

**Appellee**

[✓] Designation and Statement of Issues          [ ] Exhibits

[✓] Transmittal Letter          [ ] Transcript(s)

[✓] Copy of Docket Sheet

Additional Items Included

[ ]  _____

_____

[ ]      Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

[ ]  _____

_____

Previous D C Judge  _____     Case Number  _____

By Deputy Clerk  Lakeysha Sims

Rev 02/13/2023bb